# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ASIA SHABAZZ**                                                         **PLAINTIFF**

v.                              No. 4:24-cv-166-DPM

**SOCIAL SECURITY ADMINISTRATION**                   **DEFENDANT**

## ORDER

1. Shabazz's motion to dismiss, *Doc. 3*, is granted. Fed. R. Civ. P. 41(a)(1)(A)(i). Her complaint will be dismissed without prejudice.

2. Shabazz's motion for leave to proceed *in forma pauperis*, *Doc. 1*, is denied as moot.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

26 February 2024