# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ASIA SHABAZZ**                                                                 **PLAINTIFF**

**v.**                              **No. 4:24-cv-166-DPM**

**SOCIAL SECURITY ADMINISTRATION**                           **DEFENDANT**

## JUDGMENT

Shabazz's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

26 February 2024